## Roland A. Olson, Plaintiff-Appellee, v. City of Chicago, a Municipal Corporation, Defendant-Appellant.

### Gen. No. 52,975. (Abstract of Decision.)

First District, Third Division.

June 19, 1969.

Rehearing denied August 11, 1969.

Ray-mond F. Simon, Corporation Counsel of City of Chicago (Marvin E. Aspen and Marsile J. Hughes, Assistant Corporation Counsel, of counsel), for appellant; James F. Hynan and James A. Condon, of Chicago, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.